**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6342**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COURTNEY SOLOMON MCKENZIE, a/k/a Roger Ricardo
McKenzie, a/k/a Shawn McKenzie, a/k/a Shawnee,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., District Judge.  (CR-92-228-7-G, CA-97-515-2)

─────────────

Submitted:  August 19, 1999          Decided:  August 25, 1999

─────────────

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Courtney Solomon McKenzie, Appellant Pro Se.  Benjamin H. White, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Courtney Solomon McKenzie seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999) and order denying his motion for reconsideration under Fed. R. Civ. P. 59(e). We have reviewed the record, the district court's opinion accepting the recommendation of the magistrate judge to deny § 2255 relief, and order denying the Rule 59(e) motion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. McKenzie, Nos. CR-92-228-7-G; CA-97-515-2 (M.D.N.C. Nov. 9, 1998; Jan. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2